**Fill in this information to identify your case and this filing:**

Debtor 1: **Eric** (First Name) **** (Middle Name) **Garfias** (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): **23-03370**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                                                                  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**

5324 W. Wellington Ave., Chicago, IL 60641
5324 W. Wellington Ave., Chicago, IL 60641- Single family home- owned jointly with ex-spouse.

**Cook** County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $309,470.00

**Current value of the portion you own?** $309,470.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: **13-28-114-031-0000**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................ ➔    **$309,470.00**

Debtor 1   **Eric Garfias**                                                       Case number (if known)   **23-03370**

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

3.1.
Make: **Toyota**
Model: **Highlander**
Year: **2017**
Approximate mileage: **188,000**
Other information:
**2017 Toyota Highlander (approx. 188,000 miles)**

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$14,000.00**
Current value of the portion you own?   **$14,000.00**

3.2.
Make: **Toyota**
Model: **Rav4**
Year: **2017**
Approximate mileage: **46,489**
Other information:
**2017 Toyota Rav4 (approx. 46,489 miles).  Vehicle is jointly owned with Debtor's ex-spouse.  Debtor's ex-spouse drives, maintains, and makes all payments on the vehicle.  Per the divorce decree, she shall retain ownership of the car.**

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?   **$24,400.00**
Current value of the portion you own?   **$0.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:*  Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here........................................................ → **$14,000.00**

## Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:*  Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes.  Describe..... **Normal furniture for home including living room set, bedroom sets, dining room table and chairs, oven, refrigerator, microwave, washer and dryer.**   **$420.00**

Debtor 1    **Eric Garfias**                                                  Case number (if known)  **23-03370**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... **Cell phone, television set and laptop computer.**                                                    **$225.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... **Normal clothing**                                                                                         **$50.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................** →    **$695.00**

### Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | **Eric Garfias** | Case number (if known) | 23-03370 |
|---|---|---|---|

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes............................................................................................................................. Cash: ........................ _____

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes...........................   Institution name:

17.1.   Checking account:   **Checking account at Chase Bank #5608**                                                     $1,500.00

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes...........................   Institution or issuer name:

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☒ No
☐ Yes. Give specific information about them..........................   Name of entity:                                           % of ownership:

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them..........................   Issuer name:

### 21. Retirement or pension accounts
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each account separately.   Type of account:   Institution name:

### 22. Security deposits and prepayments
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes...........................   Institution name or individual:

### 23. Annuities  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes...........................   Issuer name and description:

Debtor 1  **Eric Garfias** _____  Case number (if known) __23-03370__

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - ☒ No
    - ☐ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ☒ No
    - ☐ Yes.  Give specific information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements
    - ☒ No
    - ☐ Yes.  Give specific information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ☒ No
    - ☐ Yes.  Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    - ☒ No
    - ☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years.......................
    
    Federal: _____
    State: _____
    Local: _____

29. **Family support**
    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ☒ No
    - ☐ Yes.  Give specific information
    
    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

30. **Other amounts someone owes you**
    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ☒ No
    - ☐ Yes.  Give specific information

Debtor 1 **Eric Garfias**     Case number (if known) **23-03370**

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No
   ☒ Yes. Name the insurance company of each policy and list its value............

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | Term life insurance policy | minor children | $0.00 |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

   ☒ No
   ☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☒ No
   ☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☒ No
   ☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

   ☒ No
   ☐ Yes. Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................... → **$1,500.00**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

   ☒ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

   ☒ No
   ☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☒ No
   ☐ Yes. Describe..

Debtor 1    **Eric Garfias**                                              Case number (if known)    23-03370

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe..

41. **Inventory**

    ☑ No
    ☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe..... Name of entity:                                  % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe....

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................... ➔  $0.00

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish

    ☑ No
    ☐ Yes....

48. **Crops--either growing or harvested**

    ☑ No
    ☐ Yes. Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No
    ☐ Yes....

Debtor 1   **Eric Garfias**_____   Case number (if known) __23-03370__

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No
    ☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information................

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here........................................................ ➔ **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here........................................... ➔ **$0.00**

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2........................................................................................................ ➔ $309,470.00

56. Part 2: Total vehicles, line 5                     $14,000.00

57. Part 3: Total personal and household items, line 15         $695.00

58. Part 4: Total financial assets, line 36            $1,500.00

59. Part 5: Total business-related property, line 45       $0.00

60. Part 6: Total farm- and fishing-related property, line 52   $0.00

61. Part 7: Total other property not listed, line 54    +  $0.00

62. **Total personal property.**  Add lines 56 through 61.................   $16,195.00   Copy personal property total ➔  +  $16,195.00

63. **Total of all property on Schedule A/B.**  Add line 55 + line 62.............................................   $325,665.00

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Eric**            **Garfias** <br> First Name    Middle Name    Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) | **23-03370** |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt        04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <br> **5324 W. Wellington Ave., Chicago, IL 60641** <br> 5324 W. Wellington Ave., Chicago, IL 60641- Single family home- owned jointly with ex-spouse. <br> **Parcel: 13-28-114-031-0000** <br> Line from *Schedule A/B*: **1.1** | $309,470.00 | ☑ $15,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 Ill. Comp. Stat. 5/12-901** |
| Brief description: <br> **2017 Toyota Highlander (approx. 188,000 miles)** <br> (1st exemption claimed for this asset) <br> Line from *Schedule A/B*: **3.1** | $14,000.00 | ☑ $2,400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 Ill. Comp. Stat. 5/12-1001(c)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1

Debtor 1   **Eric Garfias**     Case number (if known)   **23-03370**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2017 Toyota Highlander (approx. 188,000 miles)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.1** | $14,000.00 | ☑ $3,299.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 Ill. Comp. Stat. 5/12-1001(b)** |
| Brief description:<br>**Normal furniture for home including living room set, bedroom sets, dining room table and chairs, oven, refrigerator, microwave, washer and dryer.**<br>Line from *Schedule A/B*: **6** | $420.00 | ☑ $420.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 Ill. Comp. Stat. 5/12-1001(b)** |
| Brief description:<br>**Cell phone, television set and laptop computer.**<br>Line from *Schedule A/B*: **7** | $225.00 | ☑ $225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 Ill. Comp. Stat. 5/12-1001(b)** |
| Brief description:<br>**Normal clothing**<br>Line from *Schedule A/B*: **11** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 Ill. Comp. Stat. 5/12-1001(a), (e)** |
| Brief description:<br>**Checking account at Chase Bank #5608**<br>Line from *Schedule A/B*: **17.1** | $1,500.00 | ☑ $56.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 Ill. Comp. Stat. 5/12-1001(b)** |

**Fill in this information to identify your case:**

Debtor 1: **Eric** **Garfias**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): **23-03370**

☑ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**Select Portfolio Servicing**
Creditor's name
**10401 DEERWOOD PARK BV**
Number  Street

_____

**JACKSONVILLE  FL  32256**
City  State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

Describe the property that secures the claim:
**5324 W. Wellington Ave., Chicago, IL 60641**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Mortgage**

**Last 4 digits of account number**   1  5  2  2

Column A: **$269,406.99**  Column B: **$309,470.00**  Column C: _____

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$269,406.99**

Official Form 106D  Schedule D: Creditors Who Have Claims Secured by Property  page 1

Debtor 1  **Eric Garfias**  Case number (if known) **23-03370**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

**2.2**
**Toyota Motor Credit**
Creditor's name
**PO BOX 9786**
Number    Street

**Cedar Rapids    IA    52409**
City        State   ZIP Code

**Describe the property that secures the claim:**
**2017 Toyota Highlander (approx. 185,000 miles)**

$8,301.00    $14,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Purchase Money**

Date debt was incurred  **05/18/2017**    Last 4 digits of account number  ___ ___ ___ ___

**2.3**
**Toyota Motor Credit**
Creditor's name
**PO BOX 9786**
Number    Street

**Cedar Rapids    IA    52409**
City        State   ZIP Code

**Describe the property that secures the claim:**
**2017 Toyota Rav4 (approx. 46,489 miles).  Vehicle**

$3,521.14    $0.00    $3,521.14

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Purchase Money**

Date debt was incurred  _____  Last 4 digits of account number  **8  6  5  9**

**Vehicle is jointly owned with Debtor's ex-spouse.  Debtor's ex-spouse drives, maintains, and makes all payments on the vehicle.  Per the divorce decree, she shall retain ownership of the car.**

**Add the dollar value of your entries in Column A on this page.  Write that number here:**    $11,822.14

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**    $281,229.13

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2